# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00916-LJO-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 6) |

　　　　Plaintiff Harvey Eugene Larson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2008, the Court found Plaintiff ineligible to proceed in forma pauperis, and ordered Plaintiff to pay the $350.00 filing fee in full within fifteen days. 28 U.S.C. § 1915(g). Plaintiff was warned that if he failed to pay the filing fee within fifteen days, this action would be dismissed. More than fifteen days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

　　　　Accordingly, this action is HEREBY DISMISSED, without prejudice, for failure to pay the filing fee. 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:　　September 2, 2008　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1